NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANDRES AVALOS, JR.,                    )
                                       )
            Appellant,                 )
                                       )
v.                                     )          Case No. 2D17-2546
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____ )

Opinion filed December 5, 2018.

Appeal from the Circuit Court for
Manatee County; Diana L. Moreland,
Judge.

Howard L. Dimmig, II, Public Defender,
and James R. Wulchak, Special Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee.


PER CURIAM.


            Affirmed.


CASANUEVA, BADALAMENTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.